# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civ. No. 1:17-cv-02120 (TSC) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), respectfully submit this joint stipulation of dismissal with prejudice:

1. On December 20, 2017, Defendant advised Plaintiff that neither Office of Information Policy ("OIP") nor the Federal Bureau of Investigation ("FBI") had uncovered responsive records from Plaintiff's Freedom of Information Act ("FOIA") request.  *See* ECF No. 9, ¶ 6.  The parties again met and conferred to discuss Defendant's search methodologies, determined that briefing would be necessary, and filed a proposed briefing schedule.  *See id.*, ¶ 7.

2. On February 14, 2018, Defendant moved for summary judgment (ECF No. 10), providing two search declarations: one from FBI (Declaration of David M. Hardy, ECF No. 10-2) and a second from OIP (Declaration of Vanessa R. Brinkmann, ECF No. 10-3).

3. Plaintiff reviewed Defendant's motion, along with the two accompanying search declarations, and on March 14, 2018, filed its opposition and cross-motion for summary judgment addressing concerns on the reasonableness of Defendant's searches.  *See* ECF No. 11, 12.  Specifically, Plaintiff objected to the lack of descriptions of certain searches and the inconsistent keyword terms employed.

4.      On May 2, 2018, Defendant filed an opposition to Plaintiff's cross-motion for summary judgment, along with two supplemental declarations from Ms. Brinkmann and Mr. Hardy. ECF No. 14. Those declarations described new searches with revised search terms, explained why certain terms are unnecessary for specific record keeping systems, and explained why searches of other electronic files (e.g., text messages) would not be reasonable in this case. None of the FBI's or OIP's new or revised searches uncovered any responsive records.

5.      Plaintiff has reviewed Defendant's opposition motion, along with the accompanying second declarations or Ms. Brinkmann and Mr. Hardy, and is now satisfied with Defendant's responses to its FOIA request at issue in this litigation. Accordingly, the parties hereby jointly stipulate to dismissal of the above-captioned matter with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: May 24, 2018                        Respectfully submitted,

/s/ Eric W. Lee                            JESSIE K LIU, D.C. BAR # 472845
Eric W. Lee                                United States Attorney
D.C. Bar # 1049158
Paul Orfanedes                             DANIEL F. VAN HORN, D.C. BAR # 924092
D.C. Bar # 429716                          Chief, Civil Division

                                           /s/ Jane M. Lyons
JUDICIAL WATCH, INC.                       JANE M. LYONS, D.C. BAR # 451737
425 Third Street, S.W.                     Assistant United States Attorney
Suite 800                                  U.S. Attorney's Office, Civil Division
Washington, D.C. 20024                     555 4th Street, N.W. – Room E4816
Tel: (202) 646-5172                        Washington, D.C. 20530
Fax: (202) 646-5199                        Tel: (202) 252-2540
Email: elee@judicialwatch.org              Fax: (202) 252-2599
porfanedes@judicialwatch.org               Email: jane.lyons@usdoj.gov

*Attorneys for Plaintiff*                  *Attorneys for Defendant*