UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JUDICIAL WATCH, INC.,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 17-cv-2120 (TSC) |
| **U.S. DEPARTMENT OF JUSTICE,** | ) ) ) | |
| Defendant. | ) ) | |

## ORDER OF DISMISSAL

In light of the Joint Stipulation of Dismissal filed by the parties, ECF No. 16, this action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party to bear its own costs.

Date:  May 24, 2018

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge